**CITY OF SPRINGFIELD, Missouri, Plaintiff-Respondent,**

v.

**Joseph P. BECKER, Defendant-Appellant.**

**No. 10100.**

Missouri Court of Appeals, Springfield District.

Jan. 5, 1977.

Lyndel H. Porterfield, Springfield, for plaintiff-respondent.

Robert W. Freeman, Greene, Cassity, Ferguson, Carnahan & Freeman, Springfield, for defendant-appellant.

Before BILLINGS, C. J., and HOGAN and FLANIGAN, JJ.

PER CURIAM.

Defendant Joseph Becker appealed his municipal court conviction of driving while intoxicated to the Circuit Court of Greene County. Trial by jury was waived and the court found the defendant guilty of the ordinance violation and assessed a fine.

The transcript does not show judgment was entered on the court's finding. There being no judgment, this appeal is premature and must be dismissed.

It is so ordered.

All concur.